UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JAMES FISHER,

            Plaintiff,

vs.                                              Case No. 3:07-cv-454-J-33MCR

STATE OF FLORIDA c/o D.C.F and WM. T.
DUNFORD,

            Defendants.
_____/

**ORDER**

This cause comes before the Court pursuant to United States Magistrate Judge Monte C. Richardson's Report and Recommendation (Doc. #8), entered on June 19, 2007, recommending that Fisher's Complaint (Doc. #1) be dismissed without prejudice to Fisher filing a paid complaint. As of the date of this Order, Fisher has not filed an objection to the report and recommendation.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983). In the absence of specific objections, there is no requirement that a district judge review factual findings de novo, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions de novo, even in the absence of an objection. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994) (Table).

After conducting a careful and complete review of the findings, conclusions and recommendations, and giving de novo review to matters of law, the Court accepts the factual findings and legal conclusions of the Report and Recommendation (Doc. #8) of United States Magistrate Judge Monte C. Richardson.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

1. United States Magistrate Judge Monte C. Richardson's Report and Recommendation (Doc. #8) is **ACCEPTED** and **ADOPTED.**

2. Fisher's Complaint (Doc. #1) is **DISMISSED**.

3. The Clerk is directed to enter judgment accordingly and close the file. The Clerk is further directed to terminate all previously scheduled deadlines and pending motions.

**DONE** and **ORDERED** in Chambers in Jacksonville, Florida, this 17th day of July, 2007.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:
All Counsel of Record
Pro Se Parties